UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSSELL W. HARRISON,      §<br>    *Plaintiff*,      §<br>                             §<br>vs.                          §<br>                             §<br>CHARLIE THOMAS FORD, LTD., §<br>d/b/a/ CHARLIE THOMAS FORD §<br>    *Defendant*.      § | CIVIL ACTION H-05-4178 |

**MEMORANDUM AND ORDER**

Before the court is plaintiff Russell Harrison's motion to remand (Dkt. 9). The facts and legal issues presented by this motion are nearly identical to those in *Evans v. Courtesy Chevrolet II, LP.*, 423 F. Supp. 2d 669 (S.D. Tex. 2006). The court finds the reasoning of that opinion persuasive and adopts it for this matter.

Accordingly, the motion to remand is GRANTED. All other pending motions are DENIED as moot.

Signed on June 26, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge